JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>             Plaintiff,<br>     vs.<br><br>EDWARD A. WEISS d/b/a LUMINOR LAW GROUP, an individual; LUMINOR FINANCIAL MANAGEMENT, INC. d/b/a LUMINOR LAW OFFICES, a California corporation; JAMES C. SHIN, an individual; and JENNIFER H. SHIN, an individual.<br><br>             Defendants. | Case No.: 8:15-cv-149 AG-DFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br>Judge: Hon. Andrew J. Guilford |

- 2 -

Pursuant to the stipulation of the parties for dismissal with prejudice and all other papers and arguments submitted with respect thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

This case is hereby dismissed in its entirety with prejudice as to all defendants.

**IT IS SO ORDERED.**

June 01, 2015

_____
HON. ANDREW J. GUILFORD